## MOTION DOCKET

**96–2819.  State v. Hessler.**
Franklin C.P. No. 95CR116906. Upon consideration of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the timely filing of a petition for a writ of certiorari in the Supreme Court of the United States,
  IT IS ORDERED that said motion be, and the same is hereby, granted.
  IT IS FURTHER ORDERED that the compliance with the mandate and the execution of sentence be, and the same are hereby, stayed, pending the timely filing of the petition in the Supreme Court of the United States.
  IT IS FURTHER ORDERED that if such petition is timely filed, this stay shall continue for an indefinite period pending final disposition of this cause by the Supreme Court of the United States.

**98–640.  State v. Stallings.**
Summit C.P. No. CR97051118A. Upon consideration of appellee's motion to set execution date,
  IT IS ORDERED by the court that the motion to set execution date be, and the same is hereby, denied.

**00–505.  Farm Credit Serv. of Mid–America v. Tracy.**
Board of Tax Appeals, Nos. 97–T–889 and 98–T–333. On motion for admission *pro hac vice* of Richard Hanson by John A. Biek. Motion granted.

**00–1329.  Rolf v. Tri State Motor Transit Co.**
Certified Question of State Law, No. 3:99CV7687. On written request of petitioners for an extension of time to file a merit brief, it is ordered by the court that such request be, and hereby is, denied.